UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                  CASE NO. 10-20717

      v.                                        JUDGE SEAN F. COX

D-1 DAINIUS VYSNIAUSKAS,

      Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On September 26, 2011, attorney Ronald Kaplovitz filed a motion to withdraw as counsel for Defendant Vysniauskas after sentencing, and for appointment of a CJA panel attorney on appeal. On November 15, 2011, the sentencing hearing for Defendant Vysniauskas was held.

For the reasons stated in defense counsel's motion, IT IS HEREBY ORDERED that the motion is GRANTED. New counsel shall be appointed for Defendant through the Federal Defenders' Office. A separate appointment order will be filed.

IT IS SO ORDERED.

                                                  S/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: November 21, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 21, 2011, by electronic and/or ordinary mail.

                                                  S/Jennifer Hernandez
                                                  Case Manager